UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

v.  Case No. 8:21-cr-286-JSM-UAM

JUAN GABRIEL RIOS-SILVA

    Defendant ☐

## EXHIBIT LIST

☒ Government ☐ Plaintiff(s) ☐ Defendant(s) ☐ Court ☐ Other:

| Exhibit No. | Date Identified (Court Only) | Date Admitted (Court Only) | Witness (Court Only) | Description |
|---|---|---|---|---|
| 1(a) | | | | Photo (RIOS-SILVA-100701) |
| 1(b) | | | | Photo (RIOS-SILVA-100702) |
| 2. | | | | Photo (RIOS-SILVA-122792) |
| 3. | | | | Photo (RIOS-SILVA-1230092) |
| 4(a). | | | | Recorded call on 09-29-2017 (RIOS-SILVA-100737) |
| 4(b). | | | | Translation for recorded call on 09-29-2017 (RIOS-SILVA-123548-123550) |
| 5(a). | | | | Recorded call on 10-01-2017 (RIOS-SILVA-123103) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 5(b). | | | | Translation of recorded call on (RIOS-SILVA-123560-123562) |
| 6. | | | | Photo (RIOS-SILVA-100886) |
| 7. | | | | Photo (RIOS-SILVA-100889) |
| 8. | | | | Photo (RIOS-SILVA-100882) |
| 9(a). | | | | Photo (RIOS-SILVA-100809) |
| 9(b). | | | | Photo (RIOS-SILVA-100727) |
| 9(c). | | | | Photo (RIOS-SILVA-100730) |
| 9(d). | | | | Photo (RIOS-SILVA-100731) |
| 9(e). | | | | Video (RIOS-SILVA-100883) |
| 10(a). | | | | Photo (RIOS-SILVA-123091) |
| 10(b). | | | | Translation for 10(a) (RIOS-SILVA-126626) |
| 11(a). | | | | Photo (RIOS-SILVA-123090) |
| 11(b). | | | | Translation for 11(a) (RIOS-SILVA-126625) |
| 12(a). | | | | Photo (RIOS-SILVA-100760) |

Case No. 8:21-cr-286-JSM-UAM                                           Page 3 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 12(b). | | | | Photo (RIOS-SILVA-100757) |
| 12(c). | | | | Photo (RIOS-SILVA-100763) |
| 12(d). | | | | Photo (RIOS-SILVA-100759) |
| 13(a). | | | | Search Consent Form |
| 13(b) | | | | Advise of Rights Form. |
| 14(a). | | | | Recorded call on 12-07-2019 (19.31.26.968) |
| 14(b). | | | | Translation of recorded call on 12-07-2019 RIOS-SILVA-123213-123217) |
| 15(a). | | | | Recorded call on 12-17-2019 (19.19.29.539) |
| 15(b). | | | | Translation of recorded call on 12-17-2019 (RIOS-SILVA-123218-123221) |
| 16(a). | | | | Recorded call on 12-07-2019 (11.40.57.464) |
| 16(b). | | | | Translation of record call on 12-07-2019 RIOS-SILVA-123222-123228) |
| 17(a). | | | | Photo (RIOS-SILVA-125835) |
| 17(b). | | | | Photo (RIOS-SILVA-125824) |
| 17(c). | | | | Photo (RIOS-SILVA-125831) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 17(d). | | | | Photo (RIOS-SILVA-125826) |
| 17(e). | | | | Photo (RIOS-SILVA-125823) |
| 17(f). | | | | Photo (RIOS-SILVA-126082) |
| 17(g). | | | | Photo (RIOS-SILVA-126083) |
| 17(h). | | | | Photo (RIOS-SILVA-126084) |
| 17(i). | | | | Photo (RIOS-SILVA-126085) |
| 17(j). | | | | Photo (RIOS-SILVA-126088) |
| 17(k). | | | | Photo (RIOS-SILVA-126086) |
| 17(l). | | | | Photo (RIOS-SILVA-125834) |
| 17(m). | | | | Photo (RIOS-SILVA-125876) |
| 17(n). | | | | Photo (RIOS-SILVA-125877) |
| 17(o). | | | | Photo (RIOS-SILVA-125931) |
| 17(p). | | | | Photo (RIOS-SILVA-125846) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 18(a). | | | | Phone extraction report |
| 18(b). | | | | Text messages with extraction report |
| 18(c). | | | | Translation of 18(b) (RIOS-SILVA-124843-124939) |
| 18(d) | | | | Text messages with extraction report. |
| 18(e) | | | | Translation of 18(d) (RIOS-SILVA-124940-124971) |
| 18(f) | | | | Text messages with extraction report |
| 18(g) | | | | Translation of 18(f) (RIOS-SILVA-124726-124842) |
| 18(h). | | | | Text messages with extraction report. |
| 18(i). | | | | Translation for audio message |
| 18(j). | | | | Extraction report audio |
| 18(k). | | | | Audio message |
| 19. | | | | Affidavit |
| 20. | | | | Physical cellphone |
| 21(a). | | | | Invoice (RIOS-SILVA-123078) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 21(b). | | | | Receipt (RIOS-SILVA-123079) |
| 21(c). | | | | Translation of 21(b) (RIOS-SILVA-126610) |
| 21(d). | | | | Shipment receipt (RIOS-SILVA-123085) |
| 21(e). | | | | Translation of 21(d) (RIOS-SILVA-126617-126618) |
| 21(f). | | | | Email (RIOS-SILVA-123083) |
| 21(g). | | | | Translation of 21(f) (RIOS-SILVA-126614) |
| 22. | | | | Notes and Sketch (RIOS-SILVA-123070-123071) |
| 23. | | | | Florida DL (RIOS-SILVA-123082) |
| 24. | | | | Passport photo (RIOS-SILVA-100555) |
| 25(a). | | | | Bank declaration (RIOS-SILVA-102585,102586) |
| 25(b). | | | | Bank statement (RIOS-SILVA-102796-102801) |
| 26(a). | | | | Bank Deposit (RIOS-SILVA-103410) |
| 26(b). | | | | Deposit Slip (RIOS-SILVA-103411) |
| 27. | | | | Declaration and purchase records (RIOS-SILVA-120366-120381) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 28(a). | | | | Photo (RIOS-SILVA-102242) |
| 28(b). | | | | Photo (RIOS-SILVA-102244) |
| 28(c). | | | | Photo (RIOS-SILVA-102243) |
| 28(d). | | | | Photo (RIOS-SILVA-122983) |
| 28(e). | | | | Photo (RIOS-SILVA-122996) |
| 28(f). | | | | Photo (RIOS-SILVA-122997) |
| 28(g). | | | | Photo (RIOS-SILVA-122998) |
| 28(h). | | | | Photo (RIOS-SILVA-122999) |
| 28(i). | | | | Photo (RIOS-SILVA-123000) |
| 28(j). | | | | Photo (RIOS-SILVA-123001) |
| 29(a). | | | | Official document (RIOS-SILVA-123094) |
| 29(b). | | | | Translation of 29(a) (RIOS-SILVA-126627) |
| 30(a) | | | | Bank records declaration (RIOS-SILVA-126474-126475) |
| 30(b). | | | | Bank Statement – March 2019 (RIOS-SILVA-109933-109934) |

Case 8:21-cr-00286-JSM-NHA   Document 244   Filed 04/19/25   Page 8 of 10 PageID 1002

Case No. 8:21-cr-286-JSM-UAM                                              Page 8 of 10 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 31(a). | | | | Yanmarine Clearwater records declaration (RIOS-SILVA-120398) |
| 31(b). | | | | Sales orders (RIOS-SILVA-120399-120403) |
| 32(a). | | | | Recorded call on 02-13-2020 (RIOS-SILVA-123063) |
| 32(b). | | | | Translation of recorded call on 02-13-2020 (RIOS-SILVA-123130-123134) |
| 33(a). | | | | Recorded call on 02-20-2021 (11.26.18.847) |
| 33(b). | | | | Translation of recorded call 02-20-2021 |
| 34(a). | | | | Recorded call on 03-21-2021 |
| 34(b). | | | | Translation of call on 03-21-2021 |
| 35(a). | | | | Recorded call on 06-10-2021 |
| 35(b). | | | | Translation of call on 06-10-2021 |
| 36(a). | | | | Recorded call on 11-05-2021 |
| 36(b). | | | | Recorded call on 11-08-2021 |
| 36(c). | | | | Recorded call on 11-10-2021 |
| 36(d). | | | | Recorded call on 11-11-2021 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 36(e). | | | | Translation of recorded call on 11-05-2021 |
| 36(f). | | | | Translation of recorded call on 11-08-2021 |
| 36(g). | | | | Translation of recorded call on 11-10-2021 |
| 36(h). | | | | Translation of recorded call on 11-11-2021 |
| 37. | | | | Plea Agreement for Nestor Hugo Gomez-Garcia |
| 38. | | | | Plea Agreement for Fernando Pineda-Jimenez |
| 39. | | | | Plea Agreement for Robin Castro Gomez |
| 40. | | | | Plea Agreement for Oscar Adriano Quintero-Rengifo |
| 41. | | | | Plea Agreement for Jhon Edward Caicedo-Valencia |
| 42. | | | | Plea Agreement for Jose Manuel Narvaez-Reina |
| 43. | | | | Plea Agreement for Juan David Moreno Bonilla |
| 44. | | | | Plea Agreement for Hans Seidel Quintero |
| 45. | | | | Plea Agreement for Rodrigo Pineda-Torres |
| 46. | | | | Plea Agreement for Juan Carlos Rodriguez Nazareno |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| D-1 | | | | Demonstrative: Map of Colombia |
| D-2 | | | | Demonstrative: Organization Chart |
| D-3 | | | | Demonstrative: Chart |