1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

.................................................................
                                          :
**UNITED STATES OF AMERICA**,             :
                                          :      Case Number:
     Plaintiff,                           :      8:21-cr-00286-JSM-NHA-1
                                          :
v.                                        :      Tampa, Florida
                                          :      April 23, 2025
                                          :
**JUAN GABRIEL RIOS-SILVA**,              :
                                          :
     Defendant.                           :
.........................................:.......................


**EXCERPT OF TRANSCRIPT OF JURY TRIAL (DAY 3)**
**TESTIMONY OF MILTON ORLANDO RIOS-SILVA**
**BEFORE THE HONORABLE JAMES S. MOODY JR.**
**UNITED STATES DISTRICT JUDGE**


For the Plaintiff:              Michael Leath, Esquire
                                Daniel M. Baeza, Esquire
                                U.S. ATTORNEY'S OFFICE
                                400 North Tampa Street
                                Suite 3200
                                Tampa, Florida 33602

For the Defendant:              Rebecca Castaneda, Esquire
                                THE CASTANEDA LAW FIRM
                                506 North Armenia Avenue
                                Tampa, Florida 33609

Spanish Interpreters:           Gabriela Loncar
                                Beatriz Velasquez


Proceedings recorded by real-time mechanical stenography.
Transcript produced by computer-aided transcription.

Stenographically reported before:
Heather Suarez, RDR, CRR, FCRR, FPR-C, CA CSR
(407) 801-8921 | heather@stenosuarez.com
StenoSuarez, LLC; PO Box 3574; Orlando, Florida 32802

# T A B L E   O F   C O N T E N T S

## April 23, 2025

PAGE

WITNESS CALLED BY GOVERNMENT:

    MILTON ORLANDO RIOS-SILVA
    Direct Examination By Mr. Leath .......................3
    Cross-Examination By Ms. Castaneda ...................11
    Redirect Examination By Mr. Leath ....................15

CERTIFICATE OF REPORTER ..................................17

# E X H I B I T S

|  |  | PAGE |
|---|---|---|
| GOVERNMENT |  | ADMITTED |
| Number 10(a) | Photograph (Bates RIOS-SILVA-123091) | 5 |
| Number 11(a) | Photograph (Bates RIOS-SILVA-123090) | 5 |

|  | PAGE |
|---|---|
| DEFENDANT | ADMITTED |
| (None marked.) |  |

# P R O C E E D I N G S

(The following is an excerpt of these proceedings.)

\* \* \* \* \*

THE COURTROOM DEPUTY:  Would you please rise and raise your right hand.

Do you solemnly swear or affirm under penalty of perjury that the testimony you shall give in these proceedings shall be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I swear.

(Milton Orlando Rios-Silva sworn.)

THE COURTROOM DEPUTY:  Can you please state your name and spell your last name for the record.

THE WITNESS:  Milton Orlando Rios, R-i-o-s.

THE COURT:  Thank you.  You can proceed.

MR. LEATH:  Thank you, Your Honor.

### DIRECT EXAMINATION

BY MR. LEATH:

Q.   Good morning, Mr. Rios-Silva.

A.   Good morning.

Q.   Are you currently in jail?

A.   Yes, sir.

Q.   Did you plead guilty to conspiracy?

A.   Yes, sir.

Q.   In your own words, please tell the jury what you did.

A.   Could you clarify that question for me, Counselor.  I'm so

sorry.

**Q.** For the conspiracy that you pled guilty to.

**A.** I pled guilty of conspiracy of -- while selling engines to people that -- well, that worked in narco trafficking and with knowledge and that those engines were possibly going to be used for such purposes.

**Q.** And did you plead guilty because you are guilty of that?

**A.** Yes, sir.

**Q.** Sir, where are you from?

**A.** I'm from Colombia.

**Q.** And how did you get started in the engine business?

**A.** Well, approximately over 20 years ago. It's a business that -- basically, in our family. I was the last one to join in to that business of the outboard engines and parts. There was a business in Buenaventura and while I went to work there, and so we went to open a business in Tumaco in Nariño.

**Q.** And for your business, what were indicators that someone was a narco trafficker when they were buying engines?

**A.** Well, in that area it's not common to sell an amount of over four to six engines of the same spec to one single person. So that gives you the idea, then, well, that's going to be used for that. But at the end of the day, what we only wanted to do was to make a sale.

**Q.** And for that being trafficking with cocaine because those engines are trafficking cocaine?

**A.**   Possibly, it would be for trafficking.

            **MR. LEATH:**   Your Honor, may I approach the witness?

            **THE COURT:**   You may.

**BY MR. LEATH:**

**Q.**   Sir, I placed two folders in front of you that are labeled as Government's Exhibits 10(a) and 11(a) for identification. Would you please look at those briefly and then look up to me once you're done.

      Sir, do you recognize those?

**A.**   Well, they're lists of accessories and items for -- used for the installation of engines.

**Q.**   And would you sell those accessories at your store?

**A.**   Yes, of course.

**Q.**   And would you have the lists?

**A.**   Well, yes.  All of the items that appear here are items that are sold normally at the store.

            **MR. LEATH:**   Your Honor, the Government moves to admit Government's Exhibits 10(a) and 11(a) into evidence.

            **THE COURT:**   They'll be admitted.

      (Government's Exhibit Numbers 10(a) and 11(a) were admitted into evidence.)

**BY MR. LEATH:**

**Q.**   So would you sell accessories at your store?

**A.**   Yes, we sold accessories.  We sold outboard engines.  We sold parts.  We sold lubricants.  We sold electric generators,

everything.

Q.   And, sir, I'm going to go ahead and play a phone call for you, previously admitted Government's Exhibit 32(a) -- or I'm sorry -- 35(a).  35(a).  And, sir, if you could just listen.

(Government's Exhibit Number 32(a) published.)

BY MR. LEATH:

Q.   And do you recognize that call, sir?  Do you recognize who was on that call?

A.   Yes, sir.

Q.   And who were the individuals?

A.   It's me and my brother Juan.

Q.   And what were you talking about on that phone call?

A.   Well, if I recall correctly, that call was after the pandemic.  As we all know, after the pandemic, I believe there was a scarcity as far as machinery throughout the whole world. And I am a Suzuki distributor -- or, rather, was a distributor for the Suzuki brand in Cali and in Tumaco.  And due to the scarcity of engines at the Pereira plant -- there weren't engines at that time, and the opportunity arose of importing them from Panama.  And that's why I was asking my brother there as to when the engines would possibly be arriving.  There was a client who would possibly be buying them from me.

MR. LEATH:  And, Your Honor, I'm going to go ahead and show what's previously been admitted as Government's Exhibit 35(b), the translation of that transcript, just

briefly.  And scrolling down to the second part.

**BY MR. LEATH:**

**Q.**   And for those engines, where were they coming from?

**A.**   The importation was done from Panama.

**Q.**   I'm going to play another call for you, Exhibit 33(a).

(Government's Exhibit Number 33(a) published.)

**BY MR. LEATH:**

**Q.**   And, sir, do you recognize that phone call?

**A.**   Yes, sir.

**Q.**   And who is on that phone call?

**A.**   On that call, once again, it's me and my brother Juan.

**Q.**   And what were you discussing?

**A.**   Likewise, that was also another import that was done. This one was related to some Suzuki 250 engines.  And as I mentioned earlier, after the pandemic, there was a scarcity of engines, and there were none on site at Pereira.  They weren't assigning that spec of engine to me, and so we did the importing from people that -- it says "Trepito."  Trepito -- that's my brother Herson (phonetic) who is in Buenaventura. And they were asking him quotes for those engines, and that's why he called me, because he knew that I was a Suzuki distributor.  And at the end of the day, it all boiled down to making the sale and making some commission.

**MR. LEATH:**  And I'm going to publish, Your Honor, Exhibit 33(b), which has been previously admitted into

evidence.

**BY MR. LEATH:**

**Q.** And how many engines were you discussing in that phone call?

**A.** In that call we spoke about that six were arriving but that eight were needed, and so logically -- and I remember at that time my brother wasn't even able to make the sale because we were talking about there that the engines would be arriving after 20 days.

**Q.** And who buys eight engines? Is that an indication of a narco trafficker?

**A.** Well, possibly. If they're buying the same spec, it's possible they're a narco trafficker. But many times it happens, and it would happen to me over there in Tumaco. The majority of people also send other people, and then people trying to make a commission start getting quotes here, there, at some other store.

**Q.** And would -- was it typical -- would narco traffickers always pick up themselves or with other people -- pick up engines for other people?

**A.** Excuse me?

**Q.** Would a narco trafficker always pick up the engines themself, or would other people pick up engines?

**A.** No. They'd send other people. Sometimes they weren't even the same people that would pay one for the engines.

**MR**. **LEATH:** Your Honor, one moment --

**THE WITNESS:** They would send different ones.

**MR**. **LEATH:** Sorry.

One moment to confer with counsel.

**THE COURT:** All right.

**BY MR**. **LEATH:**

**Q**. So in the call -- I'm going to go ahead and just scroll to the transcription.

**MR**. **BAEZA:** Your Honor, would you direct the witness not to talk to the defendant.

**THE COURT:** I'm sorry?

**MR**. **BAEZA:** Would you direct the witness not to talk to the defendant, please.

**THE COURT:** All right. Yes.

Don't speak to anyone here in the courtroom. Just answer the questions that you're asked.

**THE WITNESS:** I'm so sorry. He was asking me about the swelling in my eye.

**BY MR**. **LEATH:**

**Q**. So for those engines, what type of customers would pick up those engines in terms of the large volumes? Would that be an indication of a fisherman or a narco trafficker?

**A**. No. Logically, a fisherman is not going to use a 250 engine unless it's, like, for larger vessels.

**Q**. Now, did you take part in a deposition with prior defense

counsel a few years ago regarding your brother?

**A.**    Yes, sir.  I did an interview for my brother's defense in 2023, and it was March, if I remember correctly.

**Q.**    And did you testify falsely in that interview -- that deposition?

**A.**    Well, possibly I did lie when I was asked about if I had knowledge as to who the engines were being sold to.

**Q.**    And why -- why did you lie?  What was the reasoning?

**A.**    Well, due to fear.  Due to fear of me being associated beyond what perhaps my role in all of this was, which at the end of the day, it's sales.  It's the sale of a legal product at a store that was legitimately established.

**Q.**    And why were you scared and why -- why were you afraid to tell the truth at the deposition?

**A.**    Well, if I remember correctly, at that deposition I also said that -- that I had the store in a conflict area that was for drug trafficking.  So what was missing was for me to finish in completing the answer as such.

            **MR. LEATH:**  Thank you, sir.

            One moment, Your Honor.

            **THE COURT:**  All right.

            **MR. LEATH:**  Thank you, Your Honor.  Pass the witness.

            **THE COURT:**  You may proceed with cross.

**CROSS-EXAMINATION**

**BY MS. CASTANEDA:**

**Q.**   Good morning.

**A.**   Good morning.

**Q.**   Your brother's younger than you; correct?

**A.**   No.  I'm the younger.

**Q.**   You have one older brother or two?

**A.**   I have four older siblings.

**Q.**   Okay.  And you have an engine store; correct?

**A.**   Yes, of course.

**Q.**   And so did Mr. Rios, the defendant here in this case; correct?

**A.**   Yes, ma'am, he did as well.

**Q.**   And you split ways in business in 2013; right?

**A.**   2013, we split our partnership, yes, ma'am.

**Q.**   So you operated your own business independently; right?

**A.**   Yes, ma'am.

**Q.**   And he had his own business; right?

**A.**   He stayed with the business in Cali, and I stayed with the one in Tumaco and, logically, with different names.

**Q.**   And -- I'm sorry.  Go ahead.

**A.**   Back then Juan remained at Agronautica S.A.S., and I stayed with Agronautica N.R. back then so that we wouldn't lose that name in Tumaco.

**Q.**   So your store's name was also Agronautica?

**A.**   It was also Agronautica.

**Q.**   And it was your store that sold the engines to narco traffickers, wasn't it?

**A.**   Yes.  I worked independently.

**Q.**   And after Mr. Rios was indicted by the Government, you tried to prove his innocence, didn't you?

**A.**   Yes.  I did the interview to cooperate.

**Q.**   And you previously stated under oath that your brother was not guilty of assisting drug traffickers; right?

**A.**   Well, yes.

**Q.**   And you were part of a formal court proceeding where you were deposed by the United States government in Colombia; right?

**A.**   Yes, ma'am.

**Q.**   And a United States federal prosecutor on this case was there?

**A.**   Well, the interview was done with my brother's then defense attorney, and by video call I believe there was a prosecutor and I believe a female translator.  There were about four people.

**Q.**   And after you answered all the Government's questions about your brother's conduct to which you said he did not knowingly sell engines to narco traffickers, you were indicted; right?

**A.**   Yes, ma'am.  I believe I gave my statement on the 9th of

March, and by the 15th/16th, they initiated a process with me.

Q.   And that was a surprise to you; correct?

A.   Well, yes.  No one expects to have a case open on them.

Q.   So you were federally charged in this case after your brother -- after you tried to help prove your brother's innocence?

A.   Yes, ma'am.

Q.   You were then arrested?

A.   I was detained the 16th of November of 2023.

Q.   And you were held in a Colombian prison before you were extradited; right?

A.   Yes, ma'am.  I was at the Picota prison in Bogota for 16 months.

Q.   And then while you were in Colombia, the United States government approached you and asked if you wanted to make a deal; correct?

A.   Well, while being at Picota, no.  I hired my defense attorney, and he's the one who's been directing me as to what I should do.

Q.   And was your attorney offered a plea agreement by the United States government that he then told you about?

A.   Well, yes.  He mentioned an agreement to me for me pleaing guilty.

Q.   And then you were given evidence in this case; correct?

A.   Yes, ma'am.

**Q.**   And they told you that other Colombians would testify against you; correct?

**A.**   Well, yes.

**Q.**   And they threatened to indict other people in your family, including your wife; correct?

            **MR. LEATH:**  Objection, Your Honor.

            **THE COURT:**  Sustained.

**BY MS. CASTANEDA:**

**Q.**   They threatened to indict anybody else besides you?

            **THE COURT:**  Sustained.

**BY MS. CASTANEDA:**

**Q.**   And you were told that you were facing decades in prison; correct?

**A.**   Well, the attorney supposedly -- it was mentioned that the minimum sentence was ten years.

**Q.**   So you were threatened with at least a decade in prison. You were facing extradition.  And you came to the United States, and you pleaded guilty; right?

**A.**   Well, I don't know if I would call it a threat, but according to the law, it states that the minimum sentence for conspiracy is ten years.

**Q.**   Have you ever been arrested before?

**A.**   I was detained in 2014 due to a problem with a vehicle in the city of Cali, and it was cleared up.  I went to trial, and I won at trial because I was being accused of something that

wasn't so.

**Q.**   And that was the government of Colombia that charged you with those?

**A.**   Yes, ma'am.

**Q.**   Have you ever been charged by the United States government?

**A.**   No.  First time.

**Q.**   Have you ever been to the United States before this proceeding?

**A.**   No, ma'am.

          **MS. CASTANEDA:**  A moment, Your Honor.

          Nothing further, Your Honor.

          **THE COURT:**  Any redirect?

          **MR. LEATH:**  Yes, Your Honor.

          Thank you, Your Honor.

                    **REDIRECT EXAMINATION**

BY MR. LEATH:

**Q.**   Mr. Rios-Silva --

**A.**   Yes, sir.

**Q.**   -- do you want to be here and testify against your brother?

**A.**   Well, more than testifying against my brother.  It's about clarifying many of the questions that were -- that came up at that interview.

**Q.**   And do you want to protect your brother?

**A.**    I'm not here to protect anyone.  I'm here to clarify my situation, and I hope my brother clarifies his as well.

**Q.**    And you had clients for engines, and your brother had clients for engines?

**A.**    Yes.

**Q.**    And were you truthful in your testimony to me a few moments ago in direct?

**A.**    Yes, sir.

**Q.**    And in your plea agreement, isn't it true that you pled guilty to conspiring with your brother?

**A.**    Well, in the agreement I'm included with my brother.  And, as I said, I'm here to clarify my situation, and I hope that my brother also clarifies his.

          **MR. LEATH:**  Thank you.  No further questions.

          **THE COURT:**  Thank you, sir.  You may step down.

                              * * * * *

     (This concludes this excerpt.)

**CERTIFICATE OF REPORTER**


I, HEATHER SUAREZ, RDR, CRR, FCRR, FPR-C, CA CSR, DO HEREBY CERTIFY that the foregoing is a correct transcript of the record of proceedings in the above-titled matter.


DATED this 23rd day of April 2025.

Heather Suarez
Registered Diplomate Reporter
Certified Realtime Reporter
Federal Certified Realtime Reporter
Florida Professional Reporter-Certified #790
California Certified Shorthand Reporter #14538